Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

_____Tampa_____ Division

| | | |
|---|---|---|
| Ana Maria Rodriguez | ) | Case No. 8:25-cv-2503-MSS-SPF |
| *Plaintiff(s)* | ) | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | ) | |
| City of Port Richey<br>Kenneth Korchak<br>Michael Koch | ) | SEP 17 2025 PM 2:52<br>FILED - USDC - FLMD - TPA |
| *Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.



Page 1 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ana Maria Rodriguez |
| Address | General Delivery |
| | Brooksville, FL 34601 |
| | *City / State / Zip Code* |
| County | Hernando |
| Telephone Number | 828-319-9685 |
| E-Mail Address | kindcrone@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City of Port Richey Florida |
| Job or Title *(if known)* | Police Department |
| Address | 6333 Ridge Road |
| | Port Richey, FL 34668 |
| | *City / State / Zip Code* |
| County | Pasco |
| Telephone Number | 727-816-1919 |
| E-Mail Address *(if known)* | |

[ ] Individual capacity  [✓] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Kenneth Korchak |
| Job or Title *(if known)* | Police Officer |
| Address | 6333 Ridge Road |
| | Port Richey, FL 34688 |
| | *City / State / Zip Code* |
| County | Pasco |
| Telephone Number | 727-816-1919 |
| E-Mail Address *(if known)* | |

[ ] Individual capacity  [✓] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
    Name: Michael Koch
    Job or Title (if known): Police Captain
    Address: 6333 Ridge Road
    City: Port Richey    State: FL    Zip Code: 34688
    County: Pasco
    Telephone Number: 727-816-1919
    E-Mail Address (if known):
    [ ] Individual capacity    [✓] Official capacity

Defendant No. 4
    Name:
    Job or Title (if known):
    Address:
    City:    State:    Zip Code:
    County:
    Telephone Number:
    E-Mail Address (if known):
    [ ] Individual capacity    [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against (check all that apply):

         [ ] Federal officials (a *Bivens* claim)

         [✓] State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

         1. The Fourth Amendment, U.S. Constitution
         2. TITLE 18, U.S.C., SECTION 242
         3. The First Amendment, U.S. Constitution

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

1. Ofc Korchak, under color of law for the City of Port Richey illegally detained me while on patrol without reasonable suspicion. Without any warning, Ofc Korchak proceeded to apply excessive force by throwing me to the ground and placing me in handcuffs.
2. Cpt Koch. (See Attachment)

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

5844 Pine Hill Road, Port Richey, FL 34668
(former location of the Unity Church of Port Richey, FL)

B. What date and approximate time did the events giving rise to your claim(s) occur?
September 18 2021 2:45 AM

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

While legally parked on the Unity Church's curtilage, under a carport, in order to rest before continuing on my long drive, Ofc Korchak of the Port Richey police department abruptly awoke me, accused me of trespassing, and demanded I give him my ID.
Apprehensive of his angry demeanor, I kindly informed him that I was not trespassing, would rather not provide him with my ID, and that I would leave peacefully instead. Ofc Korchak denied my request to vacate the property, and angrily repeated his accusation and demand.
Ofc Korchak discovered my phone and battery charging on the building's electrical outlet, and yanked them from the wall. I feared his escalation, so I gathered my belonging to secure inside the rear of my vehicle: battery and chord in one hand, phone and chord in the other.
At the moment I was about to turn, and respond to Ofc Korchak shouting demand of giving him my ID, he grabbed my shoulders, I believe he tripped me from behind, because I was flying backwards in mid-air, before breaking my fall by nearly completing a backwards roll.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

In addition to the soreness I felt to my back for several weeks, my mental health diagnoses worsened from Korchak committing violent excessive force against me; a petite, disabled woman of 58 years at the time.
I have sought the services of three separate mental health providers over the recent years. Unfortunately, the inexperienced counselors assigned to me just made matters worse by their inexperience with PTSD.
To boot, one counselor referred me to an EMDR therapy specialist who was a former sheriff deputy; written up in the Tampa Bay Times for punching and bloodying up a handcuffed suspect.

To date, my outlook on life seems gloomy. Estranged from families, and removed from former friends, my livelihood has taken a further set back. Ever so hyper vigilant, especially when sighting law enforcement, I am able to recognize how my ability to concentrate, sleep, relax, and more have been altered from Ofc Korchak misconduct.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Emotional Distress Damage request $725,000
Punitive Damages $725,000

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Sept 17, 2025

Signature of Plaintiff

Printed Name of Plaintiff   Ana Maria Rodriguez

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

|       |       |          |
|-------|-------|----------|
| City  | State | Zip Code |

Telephone Number
E-mail Address

ATTACHMENTS: Pro Se 15

II-2-D Cpt Koch, under color of law denied me of my right to address my grievances, and instead intimidated me by informing me that I was lucky to not have been thrown in jail on several criminal charges. Cpt Koch proceeded to firmly hand me a complaint form, copies of the mentioned criminal charges, and left me standing; speechless.

III-3-C ... I sat in the patrol car until Sgt Esposito arrived. Subsequently, Sgt Esposito released me from detention and de-facto arrest; acting quite respectful towards me. Already feeling tense and uneasy from Korchak's violent behavior, I fainted while walking towards my vehicle. Sgt Esposito respectfully told me I was further detained until EMT checked my vitals. Consequently, I was free to go.